## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 03-CR-211-1-JPS

MHAMMAD A. ABU-SHAWISH,

**ORDER**

Defendant.

On January 24, 2019, Mhammad A. Abu-Shawish ("Abu-Shawish") filed a memorandum in support of a petition for a certificate of innocence. (Docket #330). The government responded and the petition is now fully briefed. (Docket #332 and #333). In order to obtain a certificate of innocence, the petitioner bears "the burdens of production and persuasion" to show that he is, by a preponderance of the evidence, innocent on the merits of the crime charged, and of similar crimes arising from his purported acts. *Pulungan v. United States*, 722 F.3d 983, 986 (7th Cir. 2013); *Abu-Shawish v. United States*, 898 F.3d 726, 739 (7th Cir. 2018). Abu-Shawish was charged with federal mail and wire fraud in connection with a plagiarized development plan. *Abu-Shawish*, 898 F.3d at 731. Therefore, the Court is tasked with determining whether the evidence shows that Abu-Shawish had "the requisite intent—either for federal mail or wire fraud or for a similar state crime." *Id.* at 739.

The only new evidence that Abu-Shawish has submitted in support of his certificate of innocence is an affidavit, in which he explains that he did not realize that the development plan was plagiarized. (Docket #330-1). The government has called into question the affiant's credibility. (Docket

#332 at 7–9). In response, Abu-Shawish asked for an evidentiary hearing on the issue of his credibility, which the government does not oppose. (Docket #333 at 7; Docket #334). When the only way for a petitioner to show "actual innocence" is by "testifying about his knowledge," then the judge should hold an evidentiary hearing to determine "whether he is telling the truth." *Pulungan*, 722 F.3d at 986. Therefore, the Court will refer this matter to Magistrate Judge Nancy Joseph in order to determine whether Abu-Shawish's claim that he did not plagiarize with intent to deceive is credible.

Accordingly,

**IT IS ORDERED** that this matter is herewith referred to Magistrate Judge Nancy Joseph for an evidentiary hearing on the issue of Abu-Shawish's credibility.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge